IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In re:* Pennsylvania Title Insurance Antitrust Litigation | : : : : : | No. 08cv1202-WY<br><br>CONSOLIDATED |

O R D E R

**AND NOW**, this 30th day of November, 2010, upon careful consideration of defendants' combined motion for summary judgment on all claims, plaintiffs' opposition, and defendants' reply hereto, it is hereby **ORDERED** that defendants' motion for summary judgment is **GRANTED** and judgment is entered in favor of all defendants and against all plaintiffs.

The clerk shall mark this case **CLOSED FOR STATISTICAL PURPOSES**.

                                                                     s/William H. Yohn Jr.
                                                                      William H. Yohn Jr., Judge